

**FILED**

9:47 am, 3/2/26

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

LEON VANBUREN FREER,

　　Petitioner,

VS.

WYOMING DEPARTMENT OF CORRECTIONS,

WYOMING ATTORNEY GENERAL,

WYOMING DEPARTMENT OF CORRECTIONS MEDIUM CORRECTIONAL INSTITUTION WARDEN, *in his official capacity,* also known as Seth Norris,

　　Respondents,

Case No.  25-CV-00132-SWS

## ORDER DENYING CERTIFICATE OF APPEALABILITY

**THIS MATTER** is before the Court on a limited remand from the Tenth Circuit Court of Appeals to determine whether to issue a Certificate of Appealability.  On February 9, 2026, this Court entered its Order Denying as Moot Emergency Motion to Stay, Denying Request to Supplement the Record, Denying Renewed Motion to Appoint Counsel, and Denying Petition for Writ of Habeas Corpus. [ECF 30] The Court issued a separate judgment on the same day. [ECF 31] Mr. Freer filed a notice of appeal on February 26, 2026. [ECF 32] The Tenth Circuit docketed the appeal and issued a limited remand for this Court to consider whether to issue a certificate of appealability. [ECF 35]

In its order denying Mr. Freer's habeas petition, it determined his claims were either non-cognizable, procedurally defaulted, or failed on the merits. [ECF 30]

> When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a COA should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.

*Slack v. McDaniel*, 529 U.S. 473, 484 (2000). When a court rejects a constitutional claim on the merits, it should issue a COA when "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Mr. Freer cannot make such and showing and the Court will not issue a certificate of appealability.

**NOW, THEREFORE, IT IS ORDERED,** a Certificate of Appealability **SHALL NOT ISSUE.**

Dated this 2nd day of March 2026.

_____
Scott W. Skavdahl
United States District Judge